1545

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 25- 17 |
| v. ) | (8 U.S.C. § 1326) |
| ) | |
| HEYDER MOLINA PRIETO ) | |

## INDICTMENT

### COUNT ONE

The grand jury charges:

On or about November 7, 2024, in the Western District of Pennsylvania, the defendant, HEYDER MOLINA PRIETO, an alien and citizen of Colombia, who, on or about June 22, 2020, and March 4, 2022, had been previously deported and removed from the United States pursuant to law, and having knowingly and unlawfully reentered the United States, was found in the United States in the Western District of Pennsylvania, without having applied for or received permission from the Secretary of the Department of Homeland Security to reenter the United States, pursuant to the provisions of Title 6, United States Code, Sections 202(3) and (4) and Section 557.

In violation of Title 8, United States Code, Section 1326.

A True Bill,

_Stacey R Barrick_
FOREPERSON

_Troy Rivetti_
TROY RIVETTI
Acting United States Attorney
PA ID No. 56816

_Rebecca L. Silinski_
REBECCA L. SILINSKI
Assistant United States Attorney
PA ID No. 320774

FILED

JAN 2 1 2025

CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA